# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT FEIDLER, | : | |
|    Petitioner, | : | |
| | : | No. 1:20-cv-418 |
| v. | : | |
| | : | (Judge Rambo) |
| ANGELA HOOVER, *et al.*, | : | |
|    Respondents | : | |

## ORDER

**AND NOW**, on this 7th day of April 2020, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is **GRANTED**;

2. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** the above-captioned action.

                                        s/ Sylvia H. Rambo
                                        United States District Judge